IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JOSE MANUEL ROMERO PEREZ

XXX-XX-0864

Debtor(s)

CASE NO. 09-07158 ESL

Chapter 13

FILED & ENTERED ON 10/24/2012

## O R D E R

Debtor's objection to claim #04 filed by TOYOTA CREDIT DE PUERTO RICO (docket entry #34), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and it is hereby granted.

SO ORDERED.

San Juan, Puerto Rico, this 24 day of October, 2012.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: DEBTOR(S)
MARILYN VALDES ORTEGA
JOSE RAMON CARRION MORALES
TOYOTA CREDIT DE PUERTO RICO
CLAIMS REGISTER